IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERWIN YOUNG. )<br>)<br>      **Plaintiff,** )<br>  vs. )<br>) <br>CITY OF CHICAGO, A Municipal Corporation )<br>and CHICAGO POLICE OFFICERS )<br>C. BROWN, STAR NO. 14136, A. DENNIS STAR )<br>NO. 9036, POPOW STAR NO. 3255, SHRAKE )<br>STAR NO. 15345 and JOHN DOES 5-7 )<br>)<br>      **Defendants.** ) | No. 07 C 3962<br>JUDGE HART<br>MAGISTRATE JUDGE ASHMAN |

## **SECOND AMENDED COMPLAINT**

### **JURISDICTION/VENUE**

    1.    This incident occurred on or about March 10, 2007, 10606 S. Perry, in the City of Chicago, Cook County, Illinois.

    2.    The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 USC SEC. 1983, sec. 1988 the judicial code 28 U.S.C. sec. 1331 and 1343(a); the constitution of the United States and pendent jurisdiction as provided under USC sec. 1367(a).

    3.    At all relevant times pertaining to this occurrence, Plaintiff was a resident of Chicago, Illinois

    4.    At the time of the occurrence, Defendant City of Chicago was a Municipal Corporation and the principal employer of Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7 who were acting under color of law and in the course and scope of their employment with the City of Chicago.

### **FACTS**

    5.    On or about March 10, 2007 and through March 11, 2007 Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7, physically abused and otherwise

used excessive force on the Plaintiff and/or failed to intervene in Chicago police officers' use of excessive force on the Plaintiff, even though each of them had a reasonable opportunity to do so.

6. As a result of the actions of Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7, the Plaintiff suffered pecuniary damage, humiliation, severe physical damage, as well as emotional distress.

## COUNT I-42 U.S.C. Sec. 1983

## Excessive Force/Failure to Intervene to Prevent the Use of Excessive Force Plaintiff Against Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7

7. Plaintiff realleges what has been previously alleged in this Complaint.

8. In take the actions described above, Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7 willfully and wantonly used excessive force on the Plaintiff and/or failed to intervene to prevent the use of excessive force by Chicago Police Offices, even though each of them had the reasonable opportunity to do so, the proximate cause of which was the Plaintiff's damages, described more fully above.

WHEREFORE, Plaintiff ERWIN YOUNG, demand compensatory damages against Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7, plus the costs of this action, and any such other and additional relief as this Court deems equitable and just.

## COUNT II STATE LAW BATTERY CLAIM
### Respondeat Superior–City of Chicago

9. Plaintiff realleges what has previously been alleged in this Complaint.

10. In taking the actions described above, Defendant City of Chicago, through its agents and/or employees, acting within the scope and duty of their employment as City of Chicago police officers, willfully and wantonly battered the Plaintiff, the proximate

cause of which was the Plaintiff's damages, described more fully above.

WHEREFORE, Plaintiff ERWIN YOUNG, demand compensatory damages against Defendant CITY OF CHICAGO, plus the costs of this action, and any such other and additional relief as this Court deems equitable and just.

### COUNT III
### Plaintiff Erwin Young against the City of Chicago (Indemnification)

11. Plaintiff realleges what has previously been alleged in this Complaint.

12. Defendant City of Chicago is the indemnifying entity for the actions, described above, of officers Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7, who took their actions while acting under the color of law and in the course and scope of their employment with the City of Chicago.

WHEREFORE, should Defendants, C.P.D. Officers C. Brown, Star No. 14136, A. Dennis Star No. 9036, Popow Star No. 3255, Shrake Star No. 15345 and JOHN DOES 5-7 be found liable on one or more of the claims set forth above, Plaintiff demand that Defendant CITY OF CHICAGO be found liable for any judgment (other than punitive damages) he obtains thereon.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

LEVIN RIBACK LAW GROUP, P.C.


By: /S/ Robert J. Adelman
S/Robert J. Adelman

LEVIN, RIBACK LAW GROUP, P.C.
Attorney for Plaintiff
200 North LaSalle Street
Chicago, Illinois  60601
(312) 782-6717
Attorney No.: 40280
radelman@levinriback.com